ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
ADAM D. ROSSI
Assistant United States Attorney
SUSANNA MARTINEZ
Assistant United States Attorney
405 W. Congress, Ste. 4800
Tucson, Arizona  85701
Telephone:  520-620-7300
Email: adam.rossi2@usdoj.gov
susanna.martinez@usdoj.gov
Attorneys for Plaintiff

☑ FILED ___ LODGED

___ RECEIVED ___ COPY

2017 FEB 22  P 5: 37

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | I N D I C T M E N T |
| Plaintiff, | VIO: 21 U.S.C. § 846 |
| vs. | (Conspiracy to Possess with Intent to Distribute Marijuana) |
| 1.  Maria Roxanna Acosta-Quintana, | Count 1 |
| 2.  Angelica Alvarado, | CR17-291  TUC RCC(LAB) |
| 3.  Nicole Havier, | |
| 4.  Dora Carreras, | |
| 5.  Fawn Eveningstar Manuel, | |
| 6.  Annai Arlene Hernandez, | |
| 7.  Jesus Gilberto Parra-Acosta, | |
| 8.  Jackie Ann Garcia, | |
| 9.  Antonio Pasqual Aguilar-Sanchez, | |
| 10. Andrew Ortega, | |
| 11. Ruben Villegas-Acosta, | |
| Defendants. | |

**THE GRAND JURY CHARGES:**

## COUNT 1

From a time unknown, and continuing to on or about February 3, 2017, at or near

the West Desert Corridor, in the District of Arizona, **MARIA ROXANNA ACOSTA-**

*United States of America v. Acosta-Quintana, et al.*
*Indictment Page 2 of 2*

**QUINTANA, ANGELICA ALVARADO, NICOLE HAVIER, DORA CARRERAS, FAWN EVENINGSTAR MANUEL, ANNAI ARLENE HERNANDEZ, JESUS GILBERTO PARRA-ACOSTA, JACKIE ANN GARCIA, ANTONIO PASQUAL AGUILAR-SANCHEZ, ANDREW ORTEGA, AND RUBEN VILLEGAS-ACOSTA,** named herein as defendants and co-conspirators, did knowingly and intentionally combine, conspire, confederate and agree together and with other persons known and unknown to the grand jury, to possess with intent to distribute 50 kilograms or more of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(C).

A TRUE BILL

/ S /

_____
Presiding Juror

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/ S /

Assistant U.S. Attorney

Dated:  February 22, 2017

*United States of America v. Acosta-Quintana, et al.*
*Indictment Page 2 of 2*