*Law Office of*
**RUDY VALENZUELA**
100 N. Stone Avenue, Suite, 601
TUCSON, ARIZONA 85701
(520) 882-5655
Fax (520) 882-5580
AZ Bar No. 011750
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-00291-TUC-RCC(LAB) |
| Plaintiff, | |
| | **MOTION TO WITHDRAW** |
| vs. | |
| Antonio Pasqual Aguilar-Sanchez, | |
| Defendant. | |

It is not expected that excludable delay under 18 U.S.C.§3161(h)(1)(F), will occur as result of this motion or an order based thereon.

**COMES NOW,** Defendant Antonio Pasqual Aguilar-Sanchez, by and through counsel undersigned, and hereby moves the Court to permit undersigned counsel to withdraw from representation in this matter.

In support of this request, undersigned counsel states that communications between Defendant Aguilar-Sanchez and defense counsel, have broken down such that counsel cannot provide effective representation in this matter.

**THEREFORE** this Honorable Court is respectfully requested to permit undersigned counsel to withdraw from the case and appoint substitute counsel.   This Motion is made in good faith and not for unnecessary purposes.

**RESPECTFULLY SUBMITTED** this 23rd day of May, 2017.

**LAW OFFICE OF RUDY VALENZUELA**

s/Rudy Valenzuela, Esq.
Rudy Valenzuela, Esq.
Attorney for Defendant

**COPY** of the foregoing
delivered electronically this day to:

Adam Rossi, Esq.
Assistant U.S. Attorney

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28