ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
ADAM D. ROSSI
Assistant U.S. Attorney
State Bar No. 028042
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Adam.Rossi2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | 4:17-CR-00291-RCC-9 |
| vs. | SENTENCING MEMORANDUM |
| Antonio Pasqual Aguilar-Sanchez, | |
| Defendant. | |

Plaintiff, United States of America, by its attorneys, ELIZABETH A. STRANGE, Acting United States Attorney, and ADAM D. ROSSI, Assistant United States Attorney, hereby submit its sentencing memorandum in the above-captioned matter. The sentencing hearing is currently scheduled for August 22, 2017 before the Honorable Chief District Court Judge Raner C. Collins.

Having reviewed the findings and recommendations in the report, the Government has no objection to the guideline calculations and concurs with the recommendations listed therein. The Government respectfully requests that this Court accept the plea agreement entered into by the parties in this matter.

In this case, the defendant has a lengthy criminal history. The defendant has six prior Juvenile Adjudications, and three prior felonies. PSR ¶¶ 74-82. All the felony convictions were for Theft of Means of Transportation, two from 2000, and one from 2006, where he was sentenced to 11.25 years incarceration. PSR ¶¶ 80-82. Of note, the defendant

committed the instant offense while on community supervision for this latest conviction. PSR ¶ 82. The defendant has no other criminal conduct, or pending charges. PSR ¶¶ 79-81.

In October of 2015, Homeland Security Investigations (HSI) Special Agents (SA) initiated an investigation into the smuggling activities of a Drug Trafficking Organization (DTO) operating in the West Desert Corridor of the Tohono O'odham Nation (TON). The investigation led to a resupply coordinator in the Phoenix area, identified as co-defendant, Maria Roxana Acosta-Quintana, aka "Roxy." Roxy and her group were responsible for purchasing and providing food and supplies, vehicles, and other logistical support, for example cell phones and clothing, to scouts and others involved in narcotics trafficking on the TON.

The roles of the defendants in this case were to assist the scouts of the DTOs, and, as the Court is aware, the roles of scouts are much greater than that of the average marijuana backpacker. The defendants' involvement in the instant offense was to resupply scouts, so the scouts could remain in remote and desolate areas in the West Desert Corridor portion of the TON for long periods, in order to assist marijuana smugglers evade apprehension. As the role of a scout is to assist as many marijuana smugglers as possible, and the defendants' resupply was vital to that conduct, these defendants also have an enhanced role within the DTOs. The government's plea offers in scout cases, like the offer here, allow defendants to plead guilty to the approximate weight of one backpack of marijuana, however, depending on location and time there, scouts may be responsible for much more; in this case several vehicles provided by the resupply group were used to transport large quantities of marijuana. *See* PSR ¶¶ 10, 18, and 38.

As noted in the PSR, the defendant's role was to register vehicles in his name that were used to resupply scouts, and would pick up food and transport supplies destined for the scouts. PSR ¶¶ 30, 36-37, 39, 41-42, 46, and 57. Defendant Aguilar-Sanchez had an average role in this organization. *Id*.

In summation, based on the nature of this offense and his role within it, the personal history of the defendant, including his lengthy criminal history, the recommended sentence is appropriate. Therefore, the government would request the Court accept the plea agreement, and impose the recommendations of Probation, including a term of 27 months of imprisonment, to be followed with 3 years of supervised release.

Based upon the nature of the current offense and the criminal history of the defendant, the sentence is sufficient, but not greater than necessary, to reflect the seriousness of the offense, promote respect for the law, and provide just punishment.

Respectfully submitted this 15th day of August, 2017.

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

*s/ Adam D. Rossi*

ADAM D. ROSSI
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 15th day of August, 2017, to:

Rodolfo Valenzuela, Esq.,
Attorney for Defendant