LAW OFFICE OF RUDY VALENZUELA
100 N. Stone Avenue, Suite 601
Tucson, Arizona 85701
Telephone: 520-882-5655
Fax: 520-882-5580
Email: rudyvalens2@hotmail.com
AZ Bar No. 011750
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 17-00291-TUC-RCC(LAB) |
| Plaintiff, | ) | |
| | ) | MOTION TO WITHDRAW |
| v. | ) | |
| | ) | |
| Antonio Pasqual Aguilar-Sanchez, | ) | |
| | ) | SECOND REQUEST |
| Defendant. | ) | |
| | ) | |

It is expected that excludable delay under Title 18 U.S.C. Sect. 3161, will occur as a result of this motion or an order based thereon.

**COMES NOW**, Defendant Antonio Pasqual Aguilar-Sanchez, by and through counsel undersigned, and hereby moves the Court to permit undersigned counsel to withdraw from representation in this matter.

In support of this request, undersigned counsel states that communication between Defendant Aguilar-Sanchez and defense counsel, have broken down such that counsel cannot provide effective representation in this matter.

THEREFORE, this Honorable Court is respectfully requested to permit undersigned counsel to withdraw from the case and appoint substitute counsel. This motion is made in good faith and not for unnecessary purposes.

Respectfully submitted this 20th day of September, 2017

                                    S/RODOLFO VALENZUELA
                                    RODOLFO VALENZUELA, ESQ.
                                    Attorney for Defendant

Copy electronically delivered to:

Adam Rossi, Esq.
Assistant U. S. Attorney