# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-17-00291-TUC-RCC (LAB) |
| Plaintiff, | **ORDER** |
| v. | |
| Antonio Pasqual Aguilar-Sanchez, | |
| Defendant. | |

The Court having made a *de novo* review of the Report and Recommendation filed by Magistrate Judge Bowman (Doc. 396) and defense counsel's Objection to Report and Recommendation (Doc. 400);

**IT IS ORDERED** the Court adopts the recommendation of the Magistrate Judge.

Dated this 6th day of January, 2021.

_____
Honorable Raner C. Collins
Senior United States District Judge